# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2022

## NO. 03-21-00663-CV

**Kianna Broadway, Appellant**

**v.**

**Lean on 8, Inc. d/b/a Chick-fil-A, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on March 11, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.